# EXHIBIT 1

# FEES FOR SERVICE

# MDA RECORDS RETRIEVAL, INC.

P.O. Box 3435
Tampa, FL 33601
Phone: [813] 209-0029

**Invoice**



| Date | Invoice # |
| --- | --- |
| 11/14/2013 | 55373 |

| Bill To |
| --- |
| B. RICHARD YOUNG, ESQ.<br>226 SOUTH PALAFOX STREET<br>7TH FLOOR<br>PENSACOLA, FL 32502 |

| Case Name/Claim No. |
| --- |
| JOSHUA MOORE |

| Terms | Attorney |
| --- | --- |
| Due on receipt | |

| Item | Description | Quantity | Rate | Amount |
| --- | --- | --- | --- | --- |
| Subpoena | Service of Subpoena on BRIAN ORR, GREG KYSER | 2 | 35.00 | 70.00 |

TAX ID NO.
46-2201174

**Total** $70.00

# MDA RECORDS RETRIEVAL, INC.

P.O. Box 3435
Tampa, FL 33601
Phone: [813] 209-0029

*1101.905*

## Invoice

| Date | Invoice # |
|------|-----------|
| 3/6/2014 | 55745 |

**Bill To**

B. RICHARD YOUNG, ESQ.
226 SOUTH PALAFOX STREET
7TH FLOOR
PENSACOLA, FL 32502

| Case Name/Claim No. |
|---------------------|
| JOSHUA MOORE |

| Terms | Attorney |
|-------|----------|
| Due on receipt | |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| Subpoena | Service of Subpoena on GREGORY KYSER, POLK 2 ADDRESSES | 2 | 35.00 | 70.00 |
| Subpoena | Service of Subpoena on BRIAN ORR, POLK | 1 | 35.00 | 35.00 |

TAX ID NO.
46-2201174

**Total** | $105.00



**Vause's Process Service**
**P.O. Box 1777**
**Tallahassee, FL 32302-1777**
**Phone: (850) 656-2605**
**Fax: (850) 222-2412**
**Tax Id 59-3103151**

# INVOICE

Invoice #VPS-2014002250
3/14/2014

B. Richard Young
Young, Bill, Roumbos & Boles, P.A.
P.O. Drawer 1070
Pensacola, FL 32591-1070

Your Contact: Nicole R. Adams
**Case Number: Middle 8:13-CV-1569-T-AEP**

Plaintiff:
**Joshua Moore**

Defendant:
**GEICO General Insurance Company**

Received: 3/11/2014   Served: 3/11/2014 5:10 pm  IND-INDIVIDUAL/PERSONAL
To be served on: Lisa Moore

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| RUSH SERVICE OTHER FLORIDA CITIES | 1.00 | 100.00 | 100.00 |
| TOTAL CHARGED: | | | $100.00 |

**BALANCE DUE:**                                                                 **$100.00**

EMAIL: office@vpservice.com

PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT. PAYMENT IS DUE WITHIN 30 DAYS OF
THE ORIGINAL INVOICE DATE.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5k

1001.905

# MDA RECORDS RETRIEVAL, INC.

P.O. Box 3435
Tampa, FL 33601
Phone: [813] 209-0029

**Invoice**

| Date | Invoice # |
|------|-----------|
| 11/5/2013 | 55309 |

| Bill To |
|---------|
| R. RICHARD YOUNG, ESQ.<br>YOUNG BILL FUGETT & ROUMBOS, PA<br>226 SOUTH PALAFOX STREET<br>7TH FLOOR<br>PENSACOLA, FL 32502 |

| Case Name/Claim No. |
|---------------------|
| JOSHUA MOORE |

| Terms | Attorney |
|-------|----------|
| Due on receipt | |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| Subpoena | Service of Subpoena on M. LANCE HOLDEN | 1 | 35.00 | 35.00 |

TAX ID NO.
46-2201174

**Total** $35.00

1001.905

# MDA RECORDS RETRIEVAL, INC.

P.O. Box 3435
Tampa, FL 33601
Phone: [813] 209-0029



**Invoice**

| Date | Invoice # |
|------|-----------|
| 2/22/2014 | 55719 |

**Bill To**

B. RICHARD YOUNG, ESQ.
226 SOUTH PALAFOX STREET
7TH FLOOR
PENSACOLA, FL 32502

**Case Name/Claim No.**

JOSHUA MOORE

| Terms | Attorney |
|-------|----------|
| Due on receipt | |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| Subpoena | Service of Subpoena on LANCE HOLDEN, BRIAN ORR(UNABLE)JIMMY MOORE, LISA MOORE, ALL POLK COUNTY | 4 | 35.00 | 140.00 |

TAX ID NO.
46-2201174

**Total** $140.00

# EXHIBIT 2


# FEES FOR TRANSCRIPTS



# RIESDORPH
## REPORTING GROUP, INC.

A FULL-SERVICE COURT REPORTING AND LITIGATION SUPPORT FIRM



NCRA
ETHICS FIRST

| BILL TO | DATE | INVOICE # |
|---|---|---|
| Young, Bill, Roumbos & Boles, P.A.<br>226 Palafox Place<br>7th Floor<br>Pensacola, Florida 32502<br>Attn: Jordan Thompson, Esquire | 5/20/2014 | 131930 |

1001.905

| RE: | Moore vs. Geico | REPORTER | TAX ID # |
|---|---|---|---|
| DATE TAKEN: | 5/15/2014 | Denise Smith | 59-3494073 |

| DESCRIPTION | AMOUNT |
|---|---|
| Deposition of Melinda Gallman | |
| Copy of Transcript (50 pages) | 147.50 |
| Exhibits (26 @ .40) | 10.40 |
| Condensed Transcript with Index | 0.00 |
| Postage/Delivery | 8.50 |
| | |
| Please return copy of Invoice with payment | |
| We accept Visa, Master Card and American Express | |

| Thank you for using Riesdorph Reporting Group, Inc. | **Total** | $166.40 |
|---|---|---|



**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com



# ESQUIRE
SOLUTIONS

Tampa
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Tax Number:  **45-3463120**
Toll Free (800) 211-DEPO
Fax (856) 437-5009

## Invoice # ESQ106509

| Invoice Date | 05/05/2014 |
|---|---|
| Terms | NET 30 |
| Payment Due | 06/04/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

B. RICHARD YOUNG, ESQ.
YOUNG, BILL, ROUMBOS & BOLES, PA - PENSA
SEVILLE TOWER, SEVENTH FLOOR
226 SOUTH PALAFOX PLACE
PENSACOLA, FL 32502

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 04/25/2014 | MOORE, JOSHUA vs. GEICO | 115271 | 05/02/2014 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 04/25/2014, ROCCO NUNZIO | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (75 Pages) | $ 240.00 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 25.00 |
| CONDENSED TRANSCRIPT | $ 16.00 |
| | $ 281.00 |
| | $ 23.97 |
| SHIPPING | $ 23.97 |

SHIPPED TO: YOUNG, B. RICHARD ESQ
SEVILLE TOWER, SEVENTH FLOOR
226 SOUTH PALAFOX PLACE
PENSACOLA, FL 32502

**Amount Due On/Before 06/19/2014**

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| | **$ 304.97** |

Amount Due After 06/19/2014  $ 335.47






# ESQUIRE
SOLUTIONS

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Esquire Corporate Solutions
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**Tax Number:  45-3463120**
Toll Free (888) 486-4044
Fax (856) 437-5009

JORDAN THOMPSON, ESQ.
YOUNG, BILL, ROUMBOS & BOLES, PA - PENSA
SEVILLE TOWER, SEVENTH FLOOR
226 SOUTH PALAFOX PLACE
PENSACOLA, FL 32502

## Invoice # CSD96892

| Invoice Date | 04/17/2014 |
|---|---|
| Terms | NET 30 |
| Payment Due | 05/17/2014 |
| Date of Loss | |
| Name of Insured | GEICO/YOUNG |
| Adjuster | |
| Claim Number | 0380423280101027 |

| | | Shipped | Shipped Via |
|---|---|---|---|
| | | 04/14/2014 | FED EX |

| Assignment | Case | Assignment # |
|---|---|---|
| 03/27/2014 | MOORE, JOSHUA vs. GEICO | 96821 |

| Description |
|---|
| Original Deposition for PETER KNOWE, 03/27/2014 (TAMPA, FL) |
| EXHIBITS |
| VIDEO |

MATTER NUMBER: PENDING
- GEICO/YOUNG

**Amount Due On/Before 06/01/2014**

Amount Due After 06/01/2014

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| | **$ 1,378.40** |
| | $ 1,516.24 |



**ESQUIRE**

Esquire Corporate Solutions
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**Tax Number:** 45-3463120
Toll Free (888) 486-4044
Fax (856) 437-5009

**Remit to:**

Esquire Deposition Solutions, LLC
P.O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

# **ESQUIRE**
SOLUTIONS

## Invoice # CSD82793

| Invoice Date | 03/24/2014 |
|---|---|
| Terms | NET 30 |
| Payment Due | 04/23/2014 |
| Date of Loss | |
| Name of Insured | GEICO/YOUNG |
| Adjustor | |
| Claim Number | PENDING |

| | | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| | | 82058 | 03/23/2014 | FED EX |

JORDAN THOMPSON, ESQ.
YOUNG, BILL, ROUMBOS & BOLES, PA - PENSA
SEVILLE TOWER, SEVENTH FLOOR
226 SOUTH PALAFOX PLACE
PENSACOLA, FL 32502

| Assignment | Case |
|---|---|
| 02/25/2014 | MOORE, JOSHUA vs. GEICO |

**Description**

Original Deposition for GREGORY KYSER, 02/25/2014

   EXHIBITS

Original Deposition for BRIAN ORR, 02/25/2014

   EXHIBITS

Services Provided on 02/25/2014

Services Provided on 02/25/2014

Services Provided on 02/25/2014

Services Provided on 02/25/2014





*CONTINUED ON NEXT PAGE ...*

**ESQUIRE**
Esquire Corporate Solutions
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**Tax Number:** 45-3463120
Toll Free (888) 486-4044
Fax (856) 437-5009

**ESQUIRE**
S O L U T I O N S

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

## Invoice # CSD82793

| Invoice Date | | 03/24/2014 |
| --- | --- | --- |
| Terms | | NET 30 |
| Payment Due | | 04/23/2014 |
| Date of Loss | | |
| Name of Insured | | GEICO/YOUNG |
| Adjustor | | |
| Claim Number | | PENDING |



JORDAN THOMPSON, ESQ.
YOUNG, BILL, ROUMBOS & BOLES, PA - PENSA
SEVILLE TOWER, SEVENTH FLOOR
226 SOUTH PALAFOX PLACE
PENSACOLA, FL 32502

SHIPPED TO: THOMPSON, JORDAN ESQ
SEVILLE TOWER, SEVENTH FLOOR
226 SOUTH PALAFOX PLACE
PENSACOLA, FL 32502
MATTER NUMBER: PENDING
ECS: VIDEO SERVICE PROVIDED - GEICO/YOUNG

| Assignment | Case | Assignment # | Shipped | Shipped Via |
| --- | --- | --- | --- | --- |
| 02/25/2014 | MOORE, JOSHUA vs. GEICO | 82058 | 03/23/2014 | FED EX |

| Description |
| --- |
| |

**Amount Due On/Before 05/08/2014**

Amount Due After 05/08/2014

| | |
| --- | --- |
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| | **$ 1,221.75** |
| | $ 1,343.93 |

1001.405

# ESQUIRE

Esquire Corporate Solutions
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**Tax Number:** 45-3463120
Toll Free (888) 486-4044
Fax (856) 437-5009

JORDAN THOMPSON ,ESQ.
YOUNG, BILL, ROUMBOS & BOLES, PA - PENSA
SEVILE TOWER, SEVENTH FLOOR
226 SOUTH PALAFOX PLACE
PENSACOLA, FL 32502

# ESQUIRE
SOLUTIONS

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

## Invoice # CSD82046

| Invoice Date | | 03/22/2014 |
|---|---|---|
| Terms | | NET 30 |
| Payment Due | | 04/21/2014 |
| Date of Loss | | |
| Name of Insured | | |
| Adjustor | | |
| Claim Number | | 0380423280101027 |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/04/2014 | MOORE, JOSHUA vs. GEICO | 82273 | 03/20/2014 | FED EX |

| Description |
|---|
| Original Deposition for JIMMY MOORE, 03/04/2014 |
| Services Provided on 03/04/2014 |
| VIDEO |
| EXHIBITS |
| Services Provided on 03/04/2014 |
| Original Deposition for LISA MOORE, 03/04/2014 |
| VIDEO |
| EXHIBITS |
| Original Deposition for JOSHUA MOORE, 03/04/2014 |
| Services Provided on 03/04/2014 |

**CONTINUED ON NEXT PAGE ...**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

ESQUIRE
Esquire Corporate Solutions
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**Tax Number:** 45-3463120
Toll Free (888) 486-4044
Fax (856) 437-5009



ESQUIRE
SOLUTIONS

## Invoice # CSD82046

| Invoice Date | 03/22/2014 |
|---|---|
| Terms | NET 30 |
| Payment Due | 04/21/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjuster | |
| Claim Number | 0380423328010102T |

JORDAN THOMPSON ,ESQ.
YOUNG, BILL, ROUMBOS & BOLES, PA - PENSA
SEVILLE TOWER, SEVENTH FLOOR
226 SOUTH PALAFOX PLACE
PENSACOLA, FL 32502

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/04/2014 | MOORE, JOSHUA vs. GEICO | 82273 | 03/20/2014 | FED EX |

| Description | |
|---|---|
| Services Provided on 03/04/2014 | |

SHIPPED TO: THOMPSON, JORDAN ESQ
SEVILLE TOWER, SEVENTH FLOOR
226 SOUTH PALAFOX PLACE
PENSACOLA, FL 32502
MATTER NUMBER: PENDING
ECS: VIDEO SERVICE PROVIDED. - GEICO/YOUNG

**Amount Due On/Before 05/06/2014**

Tax: $ 0.00
Paid: $ 0.00
**$ 2,085.45**

Amount Due After 05/06/2014    $ 2,294.00

# RIESDORPH
## REPORTING GROUP, INC.
A FULL-SERVICE COURT REPORTING AND LITIGATION SUPPORT FIRM



1001.905

NCRA.
ETHICS FIRST

| BILL TO | DATE | INVOICE # |
|---|---|---|
| Young, Bill, Roumbos & Boles, P.A.<br>226 Palafox Place<br>7th Floor<br>Pensacola, Florida 32502<br>Attn: Jordan Thompson, Esquire | 3/27/2014 | 129732 |

| RE: | Moore vs. Geico | REPORTER | TAX ID # |
|---|---|---|---|
| DATE TAKEN: | 2/28/2014 | Denise Smith | 59-3494073 |

| DESCRIPTION | AMOUNT |
|---|---|
| Depositions of George Fowler and Tracy Mills | |
| Copy of Transcripts (77 pages total) | 227.15 |
| Exhibits (401 @ .25) | 100.25 |
| Condensed Transcript with Index | 0.00 |
| E-Transcript (via email) - 3/27/2014 | 0.00 |
| Postage/Delivery | 8.50 |
| | |
| Please return copy of Invoice with payment | |
| We accept Visa, Master Card and American Express | |

| Thank you for using Riesdorph Reporting Group, Inc. | **Total** | $335.90 |
|---|---|---|

# RIESDORPH
## REPORTING GROUP, INC.

A FULL-SERVICE COURT REPORTING AND LITIGATION SUPPORT FIRM



**NCRA**
**ETHICS FIRST**

1001.905

| BILL TO |
|---|
| Young, Bill, Roumbos & Boles, P.A.<br>226 Palafox Place<br>7th Floor<br>Pensacola, Florida 32502<br>Attn: Jordan Thompson, Esquire |

| DATE | INVOICE # |
|---|---|
| 3/12/2014 | 129047 |

| RE: | Moore vs. Geico |
|---|---|
| DATE TAKEN: | 2/21/2014 |

| REPORTER | TAX ID # |
|---|---|
| Kennedy Russell | 59-3494073 |

| DESCRIPTION | AMOUNT |
|---|---|
| Depositions of Kecia Sirmans and Doreen Wilson | |
| Copy of Transcripts (246 pages total) | 725.70 |
| Exhibits (503 @ .25) | 125.75 |
| Condensed Transcript with Index | 0.00 |
| PDF Transcript (via email) - 3/12/2014 | 0.00 |
| Postage/Delivery | 8.50 |
| | |
| Please return copy of Invoice with payment | |
| We accept Visa, Master Card and American Express | |

| Thank you for using Riesdorph Reporting Group, Inc. | **Total** | **$859.95** |
|---|---|---|



# ESQUIRE
SOLUTIONS

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

ESQUIRE
Tampa
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**Tax Number:** 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

## Invoice # ESQ96279

| Invoice Date | Terms | Payment Due | Date of Loss | Name of Insured | Adjustor | Claim Number |
|---|---|---|---|---|---|---|
| 04/17/2014 | NET 30 | 05/17/2014 | | | | |

| Shipped | Shipped Via |
|---|---|
| 04/12/2014 | FED EX |

KATINA HARDEE, ESQ.
YOUNG, BILL, ROUMBOS & BOLES, PA - MIAMI
SUITE 3195 - ONE BISCAYNE TOWER
2 SOUTH BISCAYNE BLVD
MIAMI, FL 33131

| Assignment | Case | Assignment # |
|---|---|---|
| 03/31/2014 | MOORE, JOSHUA vs. GEICO | 114924 |

| Description | Amount |
|---|---|
| Services Provided on 03/31/2014, JOHN ATKINSON (MIAMI, FL) | |
| MEDICAL TECHNICAL COPY OF TRANSCRIPT PACKAGE | $ 555.00 |
| EXHIBITS | $ 26.00 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 30.00 |
| | $ 611.00 |
| | |
| SHIPPING | $ 53.90 |
| | $ 53.90 |




|  | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 06/01/2014** | **$ 664.90** |
| Amount Due After 06/01/2014 | $ 731.39 |

1001.705

# ESQUIRE

Esquire Corporate Solutions
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**Remit to:**
Esquire Deposition Solutions, LLC
P.O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number: 45-3463120**
Toll Free (888) 486-4044
Fax (856) 437-5009

## Invoice # CSD77529

| Invoice Date | 03/15/2014 |
|---|---|
| Terms | NET 30 |
| Payment Due | 04/14/2014 |
| Date of Loss | |
| Name of Insured | GEICO/YOUNG |
| Adjustor | |
| Claim Number | 0380423280101027 |

JORDAN THOMPSON, ESQ.
YOUNG, BILL, ROUMBOS & BOLES, PA - PENSA
SEVILLE TOWER, SEVENTH FLOOR
226 SOUTH PALAFOX PLACE
PENSACOLA, FL 32502

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/27/2014 | MOORE, JOSHUA vs. GEICO | 82066 | 03/12/2014 | FED EX |

**Description**

Original Deposition for LANCE HOLDEN, 02/27/2014

EXHIBITS
VIDEO

*MATTER NUMBER: PENDING*
*- GEICO/YOUNG*

**Amount Due On/Before 04/29/2014**

Amount Due After 04/29/2014

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| | **$ 1,761.35** |
| | $ 1,937.49 |

# EXHIBIT 3

# FEES FOR WITNESSES

BANK OF AMERICA,
HARTFORD, CT 06120

51-44
119

**Check 1:**

One GEICO Plaza ▪ Washington, DC 20076

...RNMENT EMPLOYEES INSURANCE CO.
...) GENERAL INSURANCE CO.
...) INDEMNITY CO.
...) CASUALTY CO.
...NIAL COUNTY MUTUAL INSURANCE CO.

| DATE ISSUED | POLICY / CLAIM NUMBER | CHECK NUMBER | ADJ |
|---|---|---|---|
| 1/31/14 | 0280423820010087 | N602190053 | |

| CO. CODE | ACCIDENT DATE | CLAIMANT |
|---|---|---|
| 01 | 5/1/10 | Huy Supp |

| ...MBER / ATTY ADJ | ID | FEATURE / AMOUNT | EXPENSE | FCC |
|---|---|---|---|---|
| | | | RW | 08 |

Sixty-one ———————— AND 00 / 100 DOLLARS    $  61.00

...ER OF  Gregory Kyser
5358 Hanta Drive
Lakeland, FL 33809

IN PAYMENT OF  Witness Fee

B Richard Urann
PRINT NAME HERE
Your Bill Roundtable Unit A+
NAME OF FIRM

Lisa Moore
INSURED

AUTHORIZED SIGNATURE

**Check 2:**

BANK OF AMERICA,
HARTFORD, CT 06120

51-44
119

...e One GEICO Plaza ▪ Washington, DC 20076

...OVERNMENT EMPLOYEES INSURANCE CO.
...EICO GENERAL INSURANCE CO.
...EICO INDEMNITY CO.
...EICO CASUALTY CO.
...OLONIAL COUNTY MUTUAL INSURANCE CO.

| DATE ISSUED | POLICY / CLAIM NUMBER | CHECK NUMBER | ADJ |
|---|---|---|---|
| 1/31/14 | 0280423820010087 | N602190054 | |

| CO. CODE | ACCIDENT DATE | CLAIMANT |
|---|---|---|
| 01 | 5/1/10 | Huy, Prop |

| ...S NUMBER / ATTY ADJ | ID | FEATURE / AMOUNT | EXPENSE | FCC |
|---|---|---|---|---|
| | | | RW | 08 |

Sixty-two ———————— AND 00 / 100 DOLLARS    $  62.00

TO ORDER OF  Brian Orr
3560 Cross Fox Drive
Lakeland, FL 33809

IN PAYMENT OF  Witness Fee

B Richard Urann
PRINT NAME HERE
Your Bill Roundtable Unit A+
NAME OF FIRM

Lisa Moore
INSURED

AUTHORIZED SIGNATURE

## Check 1

GOVERNMENT EMPLOYEES INSURANCE CO.
GEICO GENERAL INSURANCE CO.
GEICO INDEMNITY CO.
GEICO CASUALTY CO.
COLONIAL COUNTY MUTUAL INSURANCE CO.

Office - One GEICO Plaza ▪ Washington, DC 20076

BANK OF AMERICA,
HARTFORD, CT 06120
51-44
119

| DATE ISSUED | POLICY / CLAIM NUMBER | CHECK NUMBER | ADJ |
|---|---|---|---|
| 1/31/14 | 0380482280101027 | N602190048 | |
| CO. CODE | ACCIDENT DATE | CLAIMANT | |
| 01 | 5/11/10 | Amy Krupp | |

| IRS NUMBER / ATTY ADJ | ID | FEATURE / AMOUNT | EXPENSE | FCC |
|---|---|---|---|---|
| | | | RW | 08 |

Seventy-five AND 00 / 100 DOLLARS $ 75.00

PAY TO THE ORDER OF Jimmy Moore

1980 De La Palma Ave
Bonita, FL 33800

IN PAYMENT OF Dup Fee

Richard Young
Young Bill Rumbos & Rebecht
PRINT NAME HERE
NAME OF FIRM

Lisa Moore
INSURED

AUTHORIZED SIGNATURE

1101,905

## Check 2

GOVERNMENT EMPLOYEES INSURANCE CO.
GEICO GENERAL INSURANCE CO.
GEICO INDEMNITY CO.
GEICO CASUALTY CO.
COLONIAL COUNTY MUTUAL INSURANCE CO.

Office - One GEICO Plaza ▪ Washington, DC 20076

BANK OF AMERICA,
HARTFORD, CT 06120
51-44
119

| DATE ISSUED | POLICY / CLAIM NUMBER | CHECK NUMBER | ADJ |
|---|---|---|---|
| 1/31/14 | 0380482280101027 | N602190049 | |
| CO. CODE | ACCIDENT DATE | CLAIMANT | |
| 01 | 5/11/10 | Amy Krupp | |

| IRS NUMBER / ATTY ADJ | ID | FEATURE / AMOUNT | EXPENSE | FCC |
|---|---|---|---|---|
| | | | RW | 08 |

Seventy-Five AND 00 / 100 DOLLARS $ 75.00

PAY TO THE ORDER OF Lisa Moore

1980 De La Palma Ave
Bonita, FL 33800

IN PAYMENT OF Dup Fee

Richard Young
Young Bill Rumbos & Rebecht
PRINT NAME HERE
NAME OF FIRM

Lisa Moore
INSURED

AUTHORIZED SIGNATURE

# GEICO

Home Office · One GEICO Plaza ▌Washington, DC 20076

☐ GOVERNMENT EMPLOYEES INSURANCE CO.
☐ GEICO GENERAL INSURANCE CO.
☐ GEICO INDEMNITY CO.
☐ GEICO CASUALTY CO.
☐ COLONIAL COUNTY MUTUAL INSURANCE CO.

| DATE ISSUED | POLICY / CLAIM NUMBER | BANK OF AMERICA, HARTFORD, CT 06120 | 51-44 119 | CHECK NUMBER |
|---|---|---|---|---|
| | | | | N60219005 |

| CO. CODE | ACCIDENT DATE | FEATURE / AMOUNT | CLAIMANT | EXPENSE | FCC | ADJ |
|---|---|---|---|---|---|---|

IRS NUMBER / ATTY ADJ          ID

PAY THE SUM OF

PAY TO THE ORDER OF          _____  AND  _____ / 100 DOLLARS  $

IN PAYMENT OF

MAIL TO:

_____ PRINT NAME HERE

_____ NAME OF FIRM

AUTHORIZED SIGNATURE

INSURED

# EXHIBIT 4

# FEES FOR COPIES



| Hours | Amount |
| --- | --- |



## Additional Charges :



Copies - $0.25 x 1917                                                479.25

Copies - $0.25 x 959                                                 239.75

Total costs

Total amount of this bill



Amount

Copies - $.25 x 1,439                    359.75

Total costs

Total amount of this bill

## Timekeeper Summary



Name                                                              Hours      Rate

**Please put our file and invoice number ('s) on your check when remitting payment.**
**Thank you and we appreciate your business!**

Current        30 Days        60 Days        90 Days        120 Days        150 Days



Amount

Copies - $0.25 x 3255                                                813.75

Total costs

Total amount of this bill

# Timekeeper Summary



Name                                                    Hours      Rate

**Please put our file and invoice number ('s) on your check when remitting payment.
Thank you and we appreciate your business!**



|  | Hours | Amount |
|--|-------|--------|

## Additional Charges :



Copies - $0.25 x 2504                                                  626.00

Total costs



| Hours | Amount |
|-------|--------|

## Additional Charges :

Copies - $0.25 x 87                          21.75

Copies - $0.25 x 51                          12.75

Total costs

Total amount of this bill



| | Hours | Amount |
|---|---|---|

## Additional Charges :

Copies - $0.25 x 232                                          58.00

     Total costs

     Total amount of this bill

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|



| | Hours | Amount |
|---|---|---|



## Additional Charges :

Copies - $0.25 x 1159                                289.75

      Total costs

      Total amount of this bill



|  | Hours | Amount |
|---|---|---|
| ████████████████████████████ | ███ | |
| ██████████████ | ███ | |
| █████████████████████████████ | ███ | |
| ████████████████████████ | ███ | |
| ███████████ | | ████████ |

## Additional Charges :

| | | |
|---|---|---|
| ██████████ | | ████████ |
| Copies - $0.25 x 87 | | 21.75 |
| Copies - $0.25 x 69 | | 17.25 |
| Total costs | | ████████ |
| Total amount of this bill | | ████████ |
| | | ████████ |
| | | ████████ |
| Balance due | | ████████ |



## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| ████████████ | ████████ | |



## Additional Charges :

Copies - $.25 x 70                                          17.50



Amount

Copies - $.25 x 144                                        36.00

Total costs

## Timekeeper Summary

Name                                                    Hours    Rate



**Please put our file and invoice number ('s) on your check when remitting payment.
Thank you and we appreciate your business!**



| | Hours | Amount |
|---|---|---|

## Additional Charges :

| | | |
|---|---|---|
| Copies - $.25 x 7 | | 1.75 |
| Copies - $.25 x 7 | | 1.75 |
| Copies - $.25 x 267 | | 66.75 |
| Total costs | | |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|





| Hours | Amount |
| --- | --- |

## Additional Charges :

Copies - $.25 x 68                                                                                    17.00

Gero Home Ofc file
copy, Bates'd & Scanned.

# Pro-Legal Copies, Inc.

331 W. Government Street
Pensacola, FL 32502
Main (850)470-9779
Federal ID # 32-0001161

# Invoice

| Invoice # |
|-----------|
| 78701 |

| Bill To |
|---------|
| Young, Bill, Roumbos & Boles<br>226 S. Palafox Place Ste. 700<br>Pensacola, FL 32501 |

| Ship To |
|---------|
| Tammy |

| Date | Client Reference/Number | Job # | Terms |
|------|------------------------|-------|-------|
| 9/24/2013 | 1001.905 | 923-04 | Net 30 |

| Qty | Item | Description | Rate | Amount |
|-----|------|-------------|------|--------|
| 245 | Bates | Bates Numbering | 0.06 | 14.70T |
| 245 | 12 | Litigation copying | 0.125 | 30.63T |
| 245 | Scan | PDF Images | 0.125 | 30.63T |
| 245 | OCR | OCR PDF Images | 0.05 | 12.25T |
| 1 | CD | CD Creation | 25.00 | 25.00T |
| | | FL Sales Tax | 7.50% | 8.49 |

WWW.PROLEGALCOPIES.COM

| Total | $121.70 |
|-------|---------|

Signature_____

Copy Bates & Scan
mainframe, ECF Docs, ECF screens & CIQ

# Pro-Legal Copies, Inc.

331 W. Government Street
Pensacola, FL 32502
Main (850)470-9779
Federal ID # 32-0001161

# Invoice

| Invoice # |
|-----------|
| 78699 |

| Bill To |
|---------|
| Young, Bill, Roumbos & Boles<br>226 S. Palafox Place Ste. 700<br>Pensacola, FL 32501 |

| Ship To |
|---------|
| Tammy |

| Date | Client Reference/Number | Job # | Terms |
|------|------------------------|-------|-------|
| 9/24/2013 | 1001.905 | 923-06 | Net 30 |

| Qty | Item | Description | Rate | Amount |
|-----|------|-------------|------|--------|
| 276 | Bates | Bates Numbering | 0.06 | 16.56T |
| 276 | 10 | Litigation File Copies | 0.105 | 28.98T |
| 276 | Scan | PDF Images | 0.105 | 28.98T |
| 276 | OCR | OCR PDF Images | 0.05 | 13.80T |
| 1 | CD | CD Creation | 25.00 | 25.00T |
|   |   | FL Sales Tax | 7.50% | 8.50 |

WWW.PROLEGALCOPIES.COM

**Total** $121.82

Signature_____

# Pro-Legal Copies, Inc.

331 W. Government Street
Pensacola, FL 32502
Main (850)470-9779
Federal ID # 32-0001161

# Invoice

| Invoice # |
|-----------|
| 78700 |

| Bill To |
|---------|
| Young, Bill, Roumbos & Boles |
| 226 S. Palafox Place Ste. 700 |
| Pensacola, FL 32501 |

| Ship To |
|---------|
| Tammy |

| Date | Client Reference/Number | Job # | Terms |
|------|------------------------|-------|-------|
| 9/24/2013 | 1001.905 | 923-07 | Net 30 |

| Qty | Item | Description | Rate | Amount |
|-----|------|-------------|------|--------|
| 1 | Labor | Tech Time(Hours of Labor) | 25.00 | 25.00T |
| 3,342 | EBates | Electronic Bates Numbering | 0.035 | 116.97T |
| 3,342 | OCR | OCR PDF Images | 0.05 | 167.10T |
| 1 | DVD | DVD Creation | 35.00 | 35.00T |
| 3,329 | Print | Documents Printed (multiple PDF's) | 0.125 | 416.13T |
| 13 | CPrints11 | 8.5 x 11 Color Prints | 1.50 | 19.50T |
| | | FL Sales Tax | 7.50% | 58.48 |

WWW.PROLEGALCOPIES.COM

| Total | $838.18 |
|-------|---------|

Signature_____

Reg claim file paper file
copy, Bates & Scan

CO
Office - One GEICO Plaza ■ Washington, DC 20076

| | | DATE ISSUED | POLICY / CLAIM NUMBER | CHECK NUMBER | ADJ |
|---|---|---|---|---|---|

GOVERNMENT EMPLOYEES INSURANCE CO.
GEICO GENERAL INSURANCE CO.
GEICO INDEMNITY CO.
GEICO CASUALTY CO.
COLONIAL COUNTY MUTUAL INSURANCE CO.

BANK OF AMERICA,
HARTFORD, CT 06120
51-44
119

| CO. CODE | ACCIDENT DATE | | | CLAIMANT |
|---|---|---|---|---|

DATE ISSUED: 10/4/13
POLICY / CLAIM NUMBER: 0380423280101027
CHECK NUMBER: N602031078

CO. CODE: 01
ACCIDENT DATE: 05/11/10
CLAIMANT: Amy Krupp

IRS NUMBER / ATTY ADJ: 52-0001161   ID

FEATURE / AMOUNT          EXPENSE: OP    FCC: 08

One thousand eighty-one           AND   70/100 DOLLARS   $  1,081.70

ORDER OF Pro-Legal Copies, Inc.
331 W. Government St.
Pensacola, FL 32502

IN PAYMENT OF  Inv. 78649, 78700, 78701

B. Richard Young
PRINT NAME HERE

Lisa Moore
INSURED

Young, Bill, Roumbos & Boles, P.A.
NAME OF FIRM

AUTHORIZED SIGNATURE

1001.905

# SDS

**Southeastern Document Services**

*"Where quality, service and price can't be copied"*

**1000 North Ashley
Drive
Suite 104
Tampa, FL 33602**
**Phone #   813-221-3266**

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/30/2013 | T1312106 |

**Bill To**

Young, Bill, Fugett & Roumbos, PA
226 S. Palafox Place
7th floor
Pensacola, FL. 32502

| Contact | P.O. No. | | Terms | Rep |
|---------|----------|--|-------|-----|
| Tammy Campbell | 1001.905 | *Moore* | Net 30 | Ken |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Bates Labeling | 1,563 | 0.05 | 78.15T |
| Scanning (Heavy Litigation) | 1,563 | 0.145 | 226.64T |
| OCR | 1,563 | 0.025 | 39.08T |
| Master CD | 1 | 10.00 | 10.00T |
| Mileage to and from | 232 | 0.50 | 116.00T |
| tolls | 8 | 1.50 | 12.00T |

| | |
|--|--|
| Subtotal | $481.87 |
| Sales Tax (7.0%) | $33.73 |
| Total | $515.60 |
| **Balance Due** | **$515.60** |

Federal Tax Number: 59-3628931

Please sign here _____

By signing above, the individual signing represents to SDS that he/she has the authority to bind the customer to all
payment and collection terms of this invoice, and that the documents or services described in the invoice have been
received and were satisfactory to the customer. Customer agrees to pay this invoice net 15 from invoice date,
and that any outside balance not paid within fifteen days will accrue a finance charge of 1 1/2% per month (18% per year)
or the maximum interest rate allowed to be charged under Florida law if less. Should SDS have to purse collection of any
unpaid balance of this invoice, Customer agrees to pay SDS any and all costs incurred in preparation for or during litigation,
any bankruptcy proceeding, alternative dispute resolution, or any appeals thereof.

*Re: Atty Holden + file Docs produced per SDT on CD.*

# Pro-Legal Copies, Inc.

331 W. Government Street
Pensacola, FL 32502
Main (850)470-9779
Federal ID # 32-0001161

# Invoice

(illegible watermark text)

| Invoice # |
|-----------|
| 79484 |

| Bill To |
|---------|
| Young, Bill, Roumbos & Boles<br>226 S. Palafox Place Ste. 700<br>Pensacola, FL 32501 |

| Ship To |
|---------|
| Tammy |

| Date | Client Reference/Number | Job # | Terms |
|------|-------------------------|-------|-------|
| 1/20/2014 | 1001.905 | 117-03 | Net 30 |

| Qty | Item | Description | Rate | Amount |
|-----|------|-------------|------|--------|
| 1,563 | Print | Documents Printed (multiple PDF's) | 0.115 | 179.75T |
| 140 | Slip | Colored Slip Sheets | 0.05 | 7.00T |
| | | FL Sales Tax | 7.50% | 14.01 |

WWW.PROLEGALCOPIES.COM

| | Total |
|--|-------|
| | $200.76 |

Signature_____

DOCS RECEIVED from
atty TR. UNTCE per SDT
(SENT OUT for Bates'g
+ PRINTING From CD
PROVIDED By UNTCE)

# Pro-Legal Copies, Inc.

331 W. Government Street
Pensacola, FL 32502
Main (850)470-9779
Federal ID # 32-0001161

# Invoice

| Invoice # |
|-----------|
| 79488 |

| Bill To |
|---------|
| Young, Bill, Roumbos & Boles<br>226 S. Palafox Place Ste. 700<br>Pensacola, FL 32501 |

| Ship To |
|---------|
| Tammy |

| Date | Client Reference/Number | Job # | Terms |
|------|------------------------|-------|-------|
| 1/20/2014 | 1001.905 | 117-04 | Net 30 |

| Qty | Item | Description | Rate | Amount |
|-----|------|-------------|------|--------|
| 2,198 | EBates | Electronic Bates Numbering | 0.035 | 76.93T |
| 2,198 | Print | Documents Printed (multiple PDF's) | 0.115 | 252.77T |
| | | FL Sales Tax | 7.50% | 24.73 |

WWW.PROLEGALCOPIES.COM

| **Total** | $354.43 |
|-----------|---------|

Signature _____

Scanning Docs to CD



## Speed Print One, Inc.

LOWER LOBBY • ONE BISCAYNE TOWER • MIAMI, FL 33131
TELEPHONE: (305) 374-5936 • FAX (305) 374-6014
FED I.D. #59-2216456

| | INVOICE DATE | INVOICE NUMBER |
|---|---|---|
| | 2/5/2014 | 147839 |

**BILL TO**

ATKINSON & BROWNELL P.A.
ONE BISCAYNE TOWER
SUITE 3750
MIAMI, FL 33131

| YOUR NO. | TERMS | DELIVER TO: |
|---|---|---|
| 200903 | Net 30 | Diane |

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| COPIES | 7,963 | 796.30T |
| SALES TAX | | 55.74 |

# POSTED

RECEIVED BY:

Payment is due within 30 days. Customer agrees to pay all of Seller's costs related to the collection of any sums due, including overhead allocated to employee efforts and any legal fees and expenses incurred.

Thank You

**CUSTOMER COPY**

| TOTAL |
|---|
| $852.04 |



**Speed Print One, Inc.**

LOWER LOBBY • ONE BISCAYNE TOWER • MIAMI, FL 33131
TELEPHONE: (305) 374-5936 • FAX (305) 374-6014
FED I.D. #59-2216456

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 2/24/2014 | 148133 |

**BILL TO**

ATKINSON & BROWNELL P.A.
ONE BISCAYNE TOWER
SUITE 3750
MIAMI, FL 33131

| YOUR NO. | TERMS | DELIVER TO: |
|---|---|---|
| 200903 | Net 30 | |

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| COPIES | 80 | 8.00T |
| COPIES | 80 | 8.00T |
| SALES TAX | | 1.12 |

**POSTED**

RECEIVED BY: —

Payment is due within 30 days. Customer agrees to pay all of Seller's costs related to the collection of any sums due, including overhead allocated to employee efforts and any legal fees and expenses incurred.

Thank You

**CUSTOMER COPY**

| TOTAL |
|---|
| $17.12 |



|  | Hours | Amount |
|---|---|---|

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|

Client Costs:

|  |  | Qty | Price |  |
|---|---|---|---|---|
| 2/5/2014 | Photocopies; Speed Print One - Invoice #147839 | 1 | 852.04 | 852.04 |
| 2/24/2014 | Photocopies; Speed Print One, Inc.; Invoice #148133 | 1 | 17.12 | 17.12 |
| | Subtotal For Client Costs | | | $869.16 |
| | Total For Fees & Costs | | | |

# EXHIBIT 5

# FEES FOR OTHER COSTS

1001.905

# GJF Mediations

6510 North Lakeside Drive
Hernando, Florida 34442
(813) 210-0300

Jordan M. Thompson
Seville Tower Seventh Floor
226 South Palafox Place
Pensacola, Florida 32502

*********************************INVOICE*********************************

RE:    Style/Case: *Moore v. Geico*
       Date: April 10, 2014
       Time: 9:00 AM
       Invoice No.: 2014-118

Mediation services rendered by **GASPER J. FICARROTTA**, including scheduling; review of
mediation summaries; conducting mediation proceedings; any follow up needed.

3.0 _____ Hours @ $165 per hour, per party ........................................ $ 495.00

TOTAL AMOUNT DUE ............................................................. $ 495.00

## PAYMENT FOR SERVICES IS DUE UPON RECEIPT.

PLEASE :

1. Make checks payable to:  **GJF MEDIATIONS:EIN46-1651668**
2. Return a copy of this invoice with your payment; and
3. Indicate the invoice number on your check.

THANK YOU


**ESQUIRE**

Esquire Corporate Solutions
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
SOLUTIONS

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number:**  45-3463120
Toll Free (888) 486-4044
Fax (856) 437-5009

## Invoice # CSD103601

| | |
|---|---|
| **Invoice Date** | 04/29/2014 |
| **Terms** | NET 30 |
| **Payment Due** | 05/29/2014 |
| **Date of Loss** | |
| **Name of Insured** | |
| **Adjustor** | |
| **Claim Number** | N/A |

JORDAN THOMPSON ,ESQ.
YOUNG, BILL, ROUMBOS & BOLES, PA - PENSA
SEVILLE TOWER, SEVENTH FLOOR
226 SOUTH PALAFOX PLACE
PENSACOLA, FL 32502

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 04/10/2014 | MOORE, JOSHUA vs. GEICO | 24215 | 04/28/2014 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 04/10/2014, MEDIATION | |
|     CONFERENCE ROOM RENTAL | $ 131.25 |
| | $ 131.25 |

*SHIPPED TO: THOMPSON, JORDAN ESQ.*
*SEVILLE TOWER, SEVENTH FLOOR*
*226 SOUTH PALAFOX PLACE*
*PENSACOLA, FL 32502*
*MATTER NUMBER: PENDING*
*- GEICO/YOUNG*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 131.25 |
| **Amount Due On/Before 06/13/2014** | **$ 0.00** |
| Amount Due After 06/13/2014 | $ 0.00 |

---

Tax Number:  45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**


**ESQUIRE**
SOLUTIONS

 
VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | CSD103601 |
| Payment Due: | 05/29/2014 |
| **Amount Due On/Before 06/13/2014** | **$ 0.00** |
| Amount Due After 06/13/2014 | $ 0.00 |

JORDAN THOMPSON ,ESQ.
YOUNG, BILL, ROUMBOS & BOLES, PA - PENSA
SEVILLE TOWER, SEVENTH FLOOR
226 SOUTH PALAFOX PLACE
PENSACOLA, FL 32502

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

199  0000103601  04292014  2  000000000  0  05292014  06132014  4  000000000  05