*AO 450 (Rev. 5/85) Judgment in a Civil Case*

# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA  DIVISION

**JUDGMENT IN A CIVIL CASE**

JOSHUA MOORE,

    Plaintiff(s),

VS.                                                                                     CASE NUMBER:  8:13-cv-1569-T-24AEP

GEICO GENERAL INSURANCE COMPANY,

    Defendant(s).

☒  **Jury Verdict.**  This action came before the court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

    **IT IS ORDERED AND ADJUDGED**  That judgment is entered in favor of the  defendant, Geico General Insurance Company.

**July 20, 2017**

                                                         **ELIZABETH WARREN, CLERK**

                                               BY   *s/Susan Saylor*
                                                      Deputy Clerk